**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>        Plaintiff,<br><br>  v.<br><br>CALCO EQUIPMENT & CONSTRUCTION, INC., a California corporation,<br><br>        Defendants. | Case No. EDCV 09-00704 VAP (MANx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed on July 20, 2010, IT IS ORDERED AND ADJUDGED that Plaintiffs shall recover from Defendant $97,579.60 in unpaid contributions, $7,226.34 in pre-judgment interest, $9,757.98 in liquidated damages, $5,891.23 in attorneys' fees, and $222.71 in costs, plus post-judgment interest pursuant to 28 U.S.C.

1 § 1961(a).  The Court orders that such judgment be
2 entered.
3
4
5 Dated:  September 15, 2010
6 VIRGINIA A. PHILLIPS
United States District Judge

2